GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

THOMAS M. FORSYTH III
Arizona State Bar No. 026513
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Thomas.Forsyth@usdoj.gov
Attorneys for Plaintiff

FILED ✓    LODGED ___
RECEIVED ___   COPY ___

JUL 20 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>1. Michael Andrew Soto,<br>    (Counts 1, 3-11)<br><br>2. David James Delayo, Jr.,<br>    (Counts 1, 2, 7, 8)<br><br>        Defendants. | No. CR-21-00563-PHX-DLR (ESW)<br><br>**INDICTMENT**<br><br>VIO: 21 U.S.C. § 846<br>(Conspiracy to Distribute Methamphetamine and Fentanyl)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)<br>(Distribution of Methamphetamine)<br>Count 2<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi)<br>(Distribution of Fentanyl)<br>Count 3<br><br>18 U.S.C. § 2; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)<br>(Aiding and Abetting the Distribution of Fentanyl)<br>Count 4<br><br>18 U.S.C. § 2; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D)<br>(Aiding and Abetting the Distribution of Marihuana)<br>Count 5<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(D)<br>(Distribution of Marihuana)<br>Count 6 |

|   |   |
|---|---|
| | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Distribution of Methamphetamine) Count 7 |
| | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi) (Distribution of Fentanyl) Count 8 |
| | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Distribution of Methamphetamine) Count 9 |
| | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) (Possession of Fentanyl with Intent to Distribute) Count 10 |
| | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) (Possession of Marihuana with Intent to Distribute) Count 11 |
| | 18 U.S.C. § 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about May 20, 2019, and continuing to on or about March 6, 2020, in the District of Arizona, the defendants, MICHAEL ANDREW SOTO and DAVID JAMES DELAYO, JR., knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi), and 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about May 20, 2019, in the District of Arizona, the defendants, MICHAEL ANDREW SOTO and DAVID JAMES DELAYO, JR., did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 3

On or about October 18, 2019, in the District of Arizona, the defendant, MICHAEL ANDREW SOTO, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 4

On or about October 22, 2019, in the District of Arizona, the defendant, MICHAEL ANDREW SOTO, aiding and abetting another person, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about October 22, 2019, in the District of Arizona, the defendant, MICHAEL ANDREW SOTO, aiding and abetting another person, did knowingly and intentionally distribute 50 kilograms or less of marihuana, a Schedule I controlled substance.

In violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 6

On or about January 2, 2020, in the District of Arizona, the defendant, MICHAEL ANDREW SOTO, did knowingly and intentionally distribute 50 kilograms or less of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 7

On or about January 16, 2020, in the District of Arizona, the defendants, MICHAEL ANDREW SOTO and DAVID JAMES DELAYO, JR., did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 8

On or about January 16, 2020, in the District of Arizona, the defendants, MICHAEL ANDREW SOTO and DAVID JAMES DELAYO, JR., did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT 9

On or about March 4, 2020, in the District of Arizona, the defendant, MICHAEL ANDREW SOTO, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT 10**

On or about March 6, 2020, in the District of Arizona, the defendant, MICHAEL ANDREW SOTO, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT 11**

On or about March 6, 2020, in the District of Arizona, the defendant, MICHAEL ANDREW SOTO, did knowingly and intentionally possess with the intent to distribute 50 kilograms or less of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 11 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 11 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to, the following property involved and used in the offense:

(1) A 2015 Chevrolet Silverado bearing VIN: 3GCUKREC0FG414404 and Arizona license plate H5267; and

(2) A 2015 Chrysler 300 bearing VIN: 2C3CCAAG5FH931351 and Arizona license

plate FB391W.

If any forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: July 20, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona


/S/
THOMAS M. FORSYTH III
Assistant U.S. Attorney